UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL |
| | ) | |
| Plaintiff, | ) | McAllen, Texas |
| | ) | Tuesday, May 16, 2017 |
| vs. | ) | (10:04 a.m. to 10:12 a.m.) |
| | ) | |
| LUIS ANTONIO RODRIGUEZ, | ) | CASE NO: 7:17-CR-00128-2 |
| ROGELIO RAMOS, JR., | ) | CASE NO: 7:17-CR-00128-3 |
| | ) | |
| Defendant. | ) | |

OPENING STATEMENT ON BEHALF OF THE GOVERNMENT

BEFORE THE HONORABLE RANDY CRANE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:            (CONTINUED ON PAGE 2)

For Plaintiff:          ROBERT L. GUERRA, JR., ESQ.
                        ANDREW R. SWARTZ, ESQ.
                        Assistant United States Attorney
                        1701 W. Business Hwy. 83, Suite 600
                        McAllen, TX 78501

For Luis Rodriguez:     JAIME PENA, ESQ.
                        Pena Garza, PLLC
                        900 Kerria Avenue
                        McAllen, TX 78501

Court Recorder:         Rick Rodriguez

Transcribed by:         Exceptional Reporting Services, Inc.
                        P.O. Box 18668
                        Corpus Christi, TX 78480-8668
                        361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

**APPEARANCES FOR:**        (CONTINUED)


Rogelio Ramos, Jr.:        RICARDO PEREZ, ESQ.
                           Attorney at Law
                           812 Del Oro - Tesoro Plaza
                           Pharr, TX 78577

## INDEX

**OPENING STATEMENT**                                                                        **PAGE**

**BY MR. GUERRA**                                                                              **4**

1        **McAllen, Texas; Tuesday, May 16, 2017; 10:04 a.m.**

2        (Partial transcript; Government's Opening Statement)

3        (Jurors present)

4            **THE COURT:** All right. So the Government gets to go

5   first. Mr. Guerra, you may begin your opening statement.

6            **MR. GUERRA:** May I remain in the well?

7            **THE COURT:** You may.

8            **OPENING STATEMENT ON BEHALF OF THE GOVERNMENT**

9            **BY MR. GUERRA:** Good morning, ladies and gentlemen of

10  the jury. My name is Robert Guerra. I represent the

11  Government in this case. Also, my co-counsel will be Andrew

12  Swartz. My case agent will be Joshua Van Wellis (phonetic) and

13  you're going to be hearing testimony over the next few days

14  regarding what the judge has already instructed you is a

15  second-chance financing scheme.

16           You're going to hear from an individual by the name

17  of Juan Cruz. Mr. Cruz is a father and a husband and he along

18  with his wife want to build a house. They want to build their

19  dream house and so they work very hard. They save up their

20  money. They buy a lot and they wanted to build a house on it

21  but they can't get financing from the bank. But they both have

22  jobs. They're both working very hard. They have money coming

23  in.

24           So they -- they're looking for a solution to this.

25  How can we build a house? If we have to pay all of it in cash

1   up front, that's going to be very difficult.  It's going to
2   take a lot of time.  So one day they hear about a couple of
3   individuals.  You're going to hear about Artemio Gomez.  You're
4   going to hear about Luis Rodriguez.  You're going to hear about
5   Rogelio Ramos.
6           These are the individuals that were originally read
7   to you or explained to you in the indictment.  These men had
8   businesses.  Mr. Gomez had a business known as TG & Wealth.
9   Mr. Luis Rodriguez and Mr. Rogelio Ramos, Jr. had a business
10  known as Infinite Property.  Infinite Property was in the
11  business of second-chance financing, people with no credit, bad
12  credit, no social security numbers.  They held themselves out
13  to be a private investment group.  We can help you buy your
14  house.  All right.
15          Mr. Cruz hears this.  Well, okay, maybe they can help
16  me.  So he goes in and he starts talking.  And here are the
17  terms that he has to agree to.  You need a 10-percent down
18  payment on your house.  You're going to get a 20-year mortgage
19  at eight and a half percent and we'll lend you the money to get
20  the house of your dreams.  Mr. Cruz thinks this sounds too good
21  to be true.  I mean, here he is, been scraping and saving.
22  It's been looking like it's going to be hard for him to get
23  this dream house for his family but now there are these people
24  that say they want to help him.  They're offering him a chance
25  to have his dream.

1   So he goes into the businesses and he says, all
2 right. Show me the contracts. You need a purchase agreement.
3 He's going to put down 10 percent as his down payment and he's
4 going to told, great, your closing is scheduled. You're going
5 to come in on this date. We're going to be good. And he
6 thinks, wow, this is the answer to all my dreams. I'm going to
7 be able to finally build a house for my family, the house my
8 family deserves.
9   But what he doesn't know is that his money is already
10 gone. That down payment isn't going to go to his house and the
11 companies that he thinks are going to give him his dream home,
12 they have no money.
13   Now, you're probably going to hear some testimony
14 from the Defense or through the course of testimony that
15 Infinite Property was in talks to get a loan for $10 million
16 but you're also going to hear that they never had that money.
17 You're going to hear that Mr. Cruz was told, great, we're going
18 to buy your house. We're going to close on this date.
19 Everything is going to be good.
20   But the problem is that Infinite Property and TG
21 Wealth never had the money to close on that house. They didn't
22 have the $10 million and the thing of it is, they also didn't
23 keep the down payment safe. When he goes in to hand over his
24 money, he's given a purchase agreement and it's what he thinks
25 is going to govern his life for the next couple of days until

1  he gets that money for the house, right?  It's going to have
2  the terms on it.  This is how -- this is, you know -- we're
3  going to shake hands.  We're going to sign the thing.  This is
4  what we're going to agree to, right?
5              The contract -- or the purchase agreement says that
6  if the seller -- and you're going to see that the seller was
7  going to be Infinite Property.  They were going to be doing a
8  home-financing, owner-financing-type thing where Infinite
9  Properties was to buy the lot for him or buy the house or
10 whatever it is and they're going to sell it to the person.
11 Now, Mr. Cruz wants to buy his house.  He's a little different
12 but the contract is still going to say if the seller, in this
13 case Infinite Properties, can't perform that the buyer gets its
14 money back.
15             You're also going to hear evidence that from the
16 period of about April all the way through the end of July,
17 beginning of August that Infinite Property and TG & Wealth
18 began to recruit people into this scheme, people like Mr. Cruz,
19 people who can't get the houses they want, people with bad
20 credit but people that have some money squirreled away, people
21 that have a down payment.
22             So these people start coming in and they start
23 signing up with TG & Wealth and with Infinite Property.  And
24 they say, yeah, I can give you the down payment.  I've got that
25 money and I can make that monthly payment.  I can afford this

1  house and they told him, great, give us your money.  We'll give
2  you a house.
3        So starting in about April, money starts rolling into
4  this organization.  Money comes in.  And you're going to hear
5  that there were people recruited to bring in people into this
6  business, people that said, hey, you need to get a house?  I
7  heard about this company over here.  I can tell you, these are
8  their terms.  Just go over to either TG & Wealth or Infinite
9  Property and we'll sign you up.  This is the contract.  Those
10 people were being paid out of the down payments.
11       So when Mr. Cruz puts his down payment down, it's not
12 going toward his house.  It's going toward every other person
13 in this scheme that needs their money and it's gone.  That's
14 the story that you're going to hear.  You're going to hear
15 about this wire fraud.  Now, people were -- there's emails
16 going -- involved in this one.  There's bank transfers.  People
17 get cashier's checks.  People putting in deposits in other
18 places.  You're going to hear about that because that's how
19 this was accomplished.  There were advertisements on Facebook,
20 advertisements on Craig's List and there were emails sent back
21 and forth telling people, hey, we can do this for you.
22       That's how they get you in the door.  Once you're in
23 the door, they say, yeah, great.  We'll buy you that house.
24 Just give us the down payment.  They didn't tell them, well,
25 we're not really going to hold your down payment.  It's not

9

1  really safe.  We're not going to give it back to you.  We're
2  going to go spend that on some other stuff.  We're going to pay
3  our people with it.  We're going to do some other things with
4  it.  They didn't tell them that and they sure didn't tell
5  anybody, well, we're going to get that loan but we don't have
6  it yet.
7  And, ladies and gentlemen, that's what's known as a
8  "fraudulent misrepresentation."  So as you're listening to all
9  this evidence, I want you to ask yourself a question.  If the
10 Defendants had been honest and told everybody, give me your
11 down payment and I'll get that loan eventually.  I'm going to
12 buy your house but I can't do it just yet.  I'm going to get
13 that loan but give me your money anyway.  Where could those
14 people go?  Would they have given their down payment if they
15 knew there was no money?  And would they have given that down
16 payment if they knew the down -- the money they were giving
17 wasn't going to go to the home they wanted?  And that's where
18 the fraud is, ladies and gentlemen.
19 So I'm asking you to listen to the evidence and at
20 the end of the day, you'll have heard it all.  Thank you.
21 **(Requested transcription concluded at 10:12 a.m.;**
22 **proceeding continued)**
23
24
25

# CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_(signature)_   May 23, 2017

TONI HUDSON, TRANSCRIBER

EXCEPTIONAL REPORTING SERVICES, INC