UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, MCALEN DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( | |
| | ( | |
| VS. | ( | CRIMINAL NO: 7:17:CR-00128 |
| | ( | |
| ROGELIO RAMOS JR. | ( | |

### EMERGENCY MOTION FOR BOND RELEASE - DEFENDANT ROGELIO RAMOS JR.

COMES NOW, **ROGELIO RAMOS JR**, Defendant in the above-mentioned cause, appearing pro se, and submits the following **Bond Release Motion**, and hereby states the following:

A. **JUDGEMENT FROM THE UNITED STATES COURT OF APPEALS**

On May 26, 2020, the United States Court of Appeals for the Fifth Circuit issued a Judgment VACATING and REMANDING my cause to the District Court of the Southern District of Texas, for a New Trial. I have been in custody for two (2) years, seven (7) months already.

B. **BOND RELEASE**

I need to search and hire a Trial Attorney, **for my upcoming Status Conference Hearing,** set for August 5, 2020, and for my New Trial. Since, I am still incarcerated, I can't do this from here.

I am asking to be Released on a Personal Recognizance Bond, OR, on a Unsecured Bond, like the Unsecured Bond given to me on my first Trial. I am NOT a Flight Risk. I will show up for all my hearings.

WHEREFORE PREMISES CONSIDERED, ROGELIO RAMOS JR., Defendant, prays that this Honorable Court grant me this Motion for Bond Release, and any other relief I may be justly entitled to.

Respectfully Submitted,

/S/ Rogelio Ramos Jr.
Rogelio Ramos, Jr.
Pro Se Defendant

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion for Bond Release has been forwarded to the U.S. Attorney's Office at 1701 W. Hwy. 83, 6th Floor, McAllen, Texas, 78501, on the **16th day of July, 2020.**

/S/ Rogelio Ramos, Jr.
Rogelio Ramos, Jr.
Pro Se Defendant